**Juan RISCAJCHE–GONZALEZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 15-70548**

United States Court of Appeals, Ninth Circuit.

Submitted September 27, 2016 *

Filed October 04, 2016

Juan Riscajche–Gonzalez, Pro Se

Joanna L. Watson, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Juan Riscajche–Gonzalez, a native and citizen of Guatemala, petitions pro se for

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

In his opening brief, Riscajche–Gonzalez does not raise, and therefore has waived, any challenge to the BIA's dispositive determination that it lacked jurisdiction to consider his motion to reopen. *See Lopez–Vasquez v. Holder*, 706 F.3d 1072, 1079–80 (9th Cir. 2013) (a petitioner waives a contention by failing to raise it in the opening brief).

In light of this disposition, we do not reach Riscajche–Gonzalez' contentions regarding eligibility for relief.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.